**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                                          CRIMINAL NO. 3:09cr58-DCB-JCS

JIMMY GATHRITE a/k/a "Cheatta", et al.

**ORDER GRANTING MOTION FOR CONTINUANCE**

This cause is before the Court on the defendant's Motion for
Continuance [docket entry no. 43] and Amended Motion for
Continuance [docket entry no. 44]. Said motion is unopposed by the
government. The Court, having considered the request, finds and
orders as follows:

Having duly considered the factors articulated in Title 18,
United States Code, Section 3161(h) to determine the
appropriateness of a continuance, the Court finds that, due to
defense counsel having another trial scheduled in State Court on
the same day this matter is scheduled for trial, the ends of
justice outweigh the best interests of the public and the defendant
in a speedy trial in this cause and are best served by granting the
requested continuance. In granting this continuance, the Court is
fully aware that there has already been one brief continuance to
allow for review of supplemental discovery provided to defense
counsel by the government. The Court also recognizes the
importance of a prompt resolution of this matter but finds that

1

without such continuance, the defendant would not have the benefit of his counsel at trial, which may result in a "miscarriage of justice." 18 U.S.C. § 3161(h)(7)(B)(i) (2009).

The Court further finds that the defendant has specifically waived any speedy trial objections heretofore arising or which may arise under the Speedy Trial Act or the United States Constitution as a result of this requested continuance. Accordingly,

**IT IS HEREBY ORDERED** that the defendant's request for continuance is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter be reset for trial commencing on December 1, 2009, at 9:00 a.m. and that the period of delay resulting from this continuance shall be excluded in computing the time within which the trial of this matter must commence in accordance with the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this the 28th day of October 2009.

   s/ David Bramlette     

**UNITED STATES DISTRICT JUDGE**
